UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 98-427-CR-King/Garber

UNITED STATES OF AMERICA

v.

LUIS ADEL BORDON,

    Defendant.
_____/

## ORDER

THIS CAUSE is before the Court by Order of Reference from U.S. District Judge James Lawrence King. Pursuant to such reference, the Court has received the defendant's Reply to the government's response to the defendant's Motion to Vacate, Set Aside, and Correct Sentence Pursuant to 28 U.S.C. § 2255. The government has moved to strike the defendant's reply as being untimely and raising new issues not previously advanced in the Motion to Vacate, etc. No timely response in opposition has been filed by the defendant.

Defendant's Reply was filed on December 14, 2006, some 24 days after the government's response in opposition which was filed on November 20, 2006. Rule 7.1 C of the Local Rules of the Southern District of Florida provides *inter alia* that:

> The movant may, within five days after service of an opposing memorandum of law, serve a reply memorandum in support of the motion, which reply memorandum shall be strictly limited to rebuttal of matters raised in the memorandum in opposition without reargument of matters covered in the movant's initial memorandum of law.

The defendant's reply is untimely and not in compliance with the aforesaid Local Rule. Accordingly, and upon due consideration, it is hereby

ORDERED that the government's Motion to Strike Movant's Reply, etc. is GRANTED. Said reply is hereby STRICKEN from the record in this cause. It is further

**ORDERED that the hearing on the pending §2255 motion presently scheduled for 2:00 P.M. on Tuesday, January 23, 2007 is hereby RESCHEDULED to 10:00 A.M. on said date.**

      DONE AND ORDERED in Chambers at Miami, Florida this 8th day of January, 2007.

                                                          BARRY L. GARBER
                                                          UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
Counsel of record