UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.  98-00427-CR-King/Moore/Garber

UNITED STATES OF AMERICA

v.

LUIS ADEL BORDON,

    Defendant/Movant,
_____/

**ORDER**

THIS CAUSE, by Order dated January 8, 2007, granted the government's Motion to Strike Movant's Reply, etc. as being untimely.  Said Order was entered prior to the Court's receipt of movant's opposition response to the Motion to Strike.

Although the movant's reply to the government's response in opposition to movant's §2255 was untimely, the movant has advanced a reasonable explanation of the reason for the delay in the filing of said reply.  Although such reply raises issues not presented in the §2255 motion, such issues can be addressed by the government by its filing of a response to said new issues.

Accordingly, and upon due consideration, it is hereby

ORDERED that the portion of this Court's Order of January 8, 2007, striking movant's reply to the government's response to the §2255 motion is VACATED and SET ASIDE.  That portion of said Order setting the hearing date of January 23, 2007, remains in full force and effect.  It is further

ORDERED that the movant's Motion for Leave to File Pleadings Out of Time is GRANTED.  Movant's reply to the government's response to the §2255 motion is deemed to be appropriately filed.  The government is permitted to file a response to any new issues raised in

the reply, such response to be filed on or before January 22, 2007.

_____DONE AND ORDERED in Chambers at Miami, Florida this 11th day of January, 2007.

_____
BARRY L. GARBER
UNITED STATES MAGISTRATE JUDGE