UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 98-00427-CR-King/Garber

UNITED STATES OF AMERICA

v.

LUIS ADEL BORDON,

    Defendant.
_____/

## ORDER

THIS CAUSE is before the Court on the government's Motion to Strike "Supplemental Declaration of Witness,"(DE 304), filed on January 29, 2007. Such Motion does not require a response.

Benson Weintraub, Esquire, appeared as a witness and testified on behalf of the defendant in a hearing held on said defendant's motion for relief pursuant to 18 U.S.C. §2255. Subsequently, Mr. Weintraub filed a document titled "Supplemental Declaration of Witness to Court's *Sua Sponte* Question of Witness at Hearing January 23, 2007." (DE 302). Regarding submission of materials to the Court, such procedure is governed by Rule 7.1(C)(3) of the Southern District of Florida, which provides *inter alia* that

> To the extent a party wants the Court to consider affidavits, declarations, or other materials in support of or in opposition to the motion, then (a) the movant must serve with the motion all such materials . . .

The declaration of Mr. Weintraub was not received from either party and, as stated therein, was not submitted with the knowledge of any party in this litigation. Accordingly, said declaration was not in compliance with the requirements of the Local Rule.

Regarding the merits of such declaration, the claim of ineffective assistance of counsel is judged by objective standards. *Chandler v. United States*, 218 F.3d 1305, 1315-16 (11th Cir. 2000)(*en banc*). Further, as observed and ruled by the Eleventh Circuit in *Chandler*,

> Because the standard is an objective one, that trial counsel (at a post-conviction evidentiary hearing) admits that his performance was deficient matters little.

Accordingly, and for the reasons set forth above, it is hereby

ORDERED that the government's Motion to Strike "Supplemental Declaration of Witness" is GRANTED and said declaration is hereby stricken from the record in this cause.

DONE AND ORDERED in Chambers at Miami, Florida this 31st day of January, 2007.

_____
BARRY L. GARBER
UNITED STATES MAGISTRATE JUDGE