UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 98-0427-CR-KING

UNITED STATES OF AMERICA,

    Plaintiff,

v.

LUIS ADEL BORDON,

    Defendant.

_____

## ORDER AFFIRMING REPORT AND RECOMMENDATION OF MAGISTRATE JUDGE AND DISMISSING CASE

THIS CAUSE comes before the Court upon the filing of a Report and Recommendation by United States Magistrate Judge Barry L. Garber filed November 1, 2007, in the above-styled case.

Accordingly, upon review of the record, it is hereby

ORDERED and ADJUDGED as follows:

1) That the Magistrate's Report and Recommendation be, and the same is hereby, **AFFIRMED**.

2) That based on said Report and Recommendation, the Motion to Vacate, Set Aside, and Correct Sentence pursuant to 28 U.S.C. § 2255 in the above-styled action be, and the same is hereby, **DENIED**.

3) That the above-styled case be, and the same is hereby **DISMISSED**.

4) That the Clerk shall **CLOSE** this case.

DONE and ORDERED in chambers at the James Lawrence King Federal Justice Building and United States District Courthouse, Miami, Florida, this 20th day of November, 2007.

_____
JAMES LAWRENCE KING
UNITED STATES DISTRICT JUDGE

cc:   Lawrence D. LaVecchio, AUSA
United States Attorney's Office
500 East Broward Blvd.
Suite 700
Ft. Lauderdale, FL 33394
Facsimile: 954-356-7230

Carlos S. Rebollo, Esq.
The Law Offices of Carlos S. Rebollo, P.A.
Justice Building, Suiteg 200N
425 South Andrews Avenue
Ft. Lauderdale, FL 33301
Facsimile: (954) 463-5428
*Counsel for Defendant Luis Adel Bordon*